BENJAMIN H. ROTH, Appellant-Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent-Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 818.]

VICTOR M. CALDERON CO., INC., Respondent, v. AMERICAN EASTERN CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERRACE-BROADWAY CORPORATION, Appellant, and EMPIRE PROPERTIES CORPORATION, Relator, against EDWARD A. GOETTING et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JAMES S. RICHARDS, Respondent, v. JAMES W. DUFF, Appellant.— Order affirmed, with $20 costs and disbursements, with leave to the defendant to answer the amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant the motion. [See post, p. 818.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY ZOLLNER and EDWARD COYLE, Appellants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ORIENTAL RUG IMPORTERS ASSOCIATION, INC., Respondent, v. AMERICAN INSTITUTE FOR IRANIAN ART AND ARCHAEOLOGY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK GROSS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH M. ROSCHKO, Respondent, v. WILLIAM WILSON, Appellant.— Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOAN OF ARC PICTURES, INC., Appellant, v. PRODUCERS LABORATORIES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN DANEHY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORHAN REALTY CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— Order so far as appealed from unanimously modified by reducing the value of the land for the year 1944–45 to $4,000, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANTOINETTE PENNA, Respondent, v. COMMODORE MANAGEMENT, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.